IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC ALSTON,

    Petitioner,               No. CIV S-02-1817 GEB KJM P

    vs.

TOM L. CAREY, Warden,

    Respondent.         ORDER

_____/

        Petitioner has requested an extension of time to file and serve a motion seeking leave to file an amended application for writ of habeas corpus pursuant to the court's order of March 18, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 22, 2005 request for an extension of time is granted; and

        2. Petitioner is granted twenty days from the date of this order in which to file and serve a motion seeking leave to file an amended application for writ of habeas corpus.

DATED: April 27, 2005.

                                                    UNITED STATES MAGISTRATE JUDGE

1/kf
alst1817.111